# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROYAL GENE DOMINGO JONES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-881-MJR |
| | ) |
| **MICHAEL MUKASY, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On August 18, 2009, Plaintiff moved this Court for voluntary dismissal of the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 12). Voluntary withdrawal of his complaint is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 21st day of August, 2009.**

                                                 **s/ Michael J. Reagan**
                                                 **MICHAEL J. REAGAN**
                                                 **United States District Judge**